**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: MARVIN JEREL MCENTYRE | } CHAPTER 13 |
| | } |
| | } CASE NO. A15-59854-SMS |
| DEBTOR(S) | } |
| | } JUDGE SIGLER |

**MOTION TO CONVERT THIS CASE TO ONE**
**UNDER CHAPTER 7**

COMES NOW MARY IDA TOWNSON, TRUSTEE in the above-referenced matter, and files this Motion to Convert this Case to One Under Chapter 7. The Trustee respectfully shows the Court as follows:

1.

The Debtor filed for relief under Chapter 13 of Title 11 on May 28, 2015. Debtor's case was confirmed by the Court on April 29, 2016. The Debtor's plan proposes to cure a default on real estate mortgage and to pay secured, priority and general unsecured creditors a zero percent (0%) dividend or a pro rata share unsecured pool of $31,088.00 whichever is greater based upon the equity in real property.

2.

Debtor has failed to comply with this Court's Order requiring regular monthly payments to the Trustee. The Debtor should have paid $70,452.15. The Debtor has paid a total of $51,962.82, causing a delinquency of $18,489.33.

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave., N.E. – Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
eds@atlch13tt.com

3.

The Debtor's schedules show real estate located at 8126 Orkney Way, Winston, Georgia with a fair market value of $193,400.00. The Debtor's mortgage holder Wells Fargo Bank, N.A. filed a proof of claim in the amount of $122,051.16, thus showing a significant amount of equity in this property. The Debtor has claims filed in the Chapter 13 case by general unsecured creditors and the proof of claims have a remaining balance of $45,233.61. The equity in said property appears to be sufficient to pay a substantial dividend to unsecured creditors and for the Debtor to retain his exemption.

4.

The Trustee respectfully requests that the Court waive the filing fee for the filing of this Motion; or, in the alternative, that the Court defer the payment of said fee until such time as this Motion is granted and if there are funds available in the case at that time.

WHEREFORE, the Trustee requests that this Chapter 13 case be converted to one under Chapter 7 pursuant to 11 U.S.C. Section 1307(c)(6) to allow a Chapter 7 Trustee to liquidate the subject property and to pay all creditors with a filed and allowed claim, and for any other relief that may be just and proper.

Respectfully submitted this   6th   day of August, 2019

/s/
K. Edward Safir
Attorney for the Chapter 13 Trustee
GA Bar No. 622149

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave., N.E. – Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
eds@atlch13tt.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: MARVIN JEREL MCENTYRE | } CHAPTER 13 |
| | } |
| | } CASE NO. A15-59854-SMS |
| DEBTOR(S) | } |
| | } JUDGE SIGLER |

**NOTICE OF HEARING ON MOTION TO CONVERT TO CHAPTER 7 CASE**

PLEASE TAKE NOTICE that MARY IDA TOWNSON has filed a Motion to Convert this case to one under Chapter 7.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the motion in **Courtroom 1201**, **United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia** at **10:00 a.m. on September 17, 2019.**

Your rights may be affected by the Court's ruling on these pleadings.  You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).  If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including address) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two (2) business days before the hearing.  The address of the Clerk's Office is **Clerk, United States Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W., Atlanta, GA 30303,** and a copy furnished to the party listed below: c/o Chapter 13 Trustee, Mary Ida Townson, Suite 1600, 285 Peachtree Center Avenue, N.E., Atlanta, GA 30303.

 

                    /s/
                  K. Edward Safir
                  Attorney for the Chapter 13 Trustee
                  GA Bar No. 622149

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave., N.E. – Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
eds@atlch13tt.com

A15-59854-SMS

# CERTIFICATE OF SERVICE

      This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

Marvin Jerel McEntyre
8126 Orkney Way
Winston, GA 30187

      I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

BERRY & ASSOCIATES


This __6th__ day of August, 2019



      /s/
K. Edward Safir
Attorney for the Chapter 13 Trustee
GA Bar No. 622149




Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave., N.E. – Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
eds@atlch13tt.com